KAYLA RENA COULTER
292 RIVER RD
ELLISVILLE, MS 39437

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ARMSTRONG & ASSOCIATES
208 ADAMS ST
MOBILE, AL 36603

ARS RECOVERY SYSTEMS
PO BOX 3590
JACKSON, MS 39207

ASPIRE CREDIT CARD
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS, CA 91411

CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK
RICHMAN, VA 23238

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

COMENITY
ATTN: BANKRUPTCY
PO BOX 182273
COLUMBUS, OH 43218

CONCORA CREDIT
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

EASTERN ACCOUNT SYSTEM
ATTN: BANKRUPTCY
3 CORPORATE DRIVE
DANBURY, CT 06810

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706

PFC
1686
GREELEY, CO 80632

REVENUE RECOVERY GROUP
612 GAY ST
KNOXVILLE, TN 37902

SIMPSON LAW FIRM
P.O. BOX 2058
MADISON, MS 39130-2058

TARGET
PO BOX 9475
MINNEAPOLIS, MN 55440

WILLIAM DUNN JR
292 RIVER RD
ELLISVILLE, MS 39437

XFINITY/COMCAST
600 GALLERIA PKWY SE
ATLANTA, GA 30339